

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00070-CV

HERITAGE SNF D/B/A HERITAGE PLAZA
NURSING AND REHABILITATION CENTER, Appellant

V.

GEORGE FISHER, INDIVIDUALLY AND AS INDEPENDENT
EXECUTOR OF THE ESTATE OF WILMER GIDDENS, DECEASED, Appellee

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 06-C1701-CCL

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Heritage SNF d/b/a Heritage Plaza Nursing and Rehabilitation Center has filed a motion with this Court seeking to dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted:     November 16, 2015
Date Decided:       November 17, 2015